IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JONELL GRAINGER,** as Personal Representative of the Estate of Joshua Todd Fischer,

    Plaintiff,

v.

**JOHN ENSLEY, ROBIN KATTER, JOHN WARD, CURRY COUNTY, and DYLAN ROBERTS**,

    Defendants.

Civ. No. 1:18-cv-01093-MC

**ORDER**

**MCSHANE, Judge**:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 150), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Though no objections were filed, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 150) is adopted in full. Plaintiff's Motion to Strike (ECF No. 130) is GRANTED in part and DENIED in part as stated in the Findings and Recommendation. Defendants' Amended Answer is due by March 31, 2023.

1 –ORDER

The parties are to include their remaining claims and defenses in the Pretrial Order. The Court will address any objections at the Pretrial Conference.

IT IS SO ORDERED.

DATED this 21st day of March, 2023.

/s/ Michael J. McShane
Michael McShane
United States District Judge

2 –ORDER